Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Elizabeth**<br>First name<br><br>**Long**<br>Middle name<br><br>**Nelson**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Elizabeth**<br>First name<br><br>**Long**<br>Middle name<br><br>**Denman**<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **7  3  7  0**<br>OR<br>9xx - xx - __  __  __  __ | xxx - xx - __  __  __  __<br>OR<br>9xx - xx - __  __  __  __ |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _ _ – _ _ _ _ _ _ _<br>EIN<br><br>_ _ – _ _ _ _ _ _ _<br>EIN | _ _ – _ _ _ _ _ _ _<br>EIN<br><br>_ _ – _ _ _ _ _ _ _<br>EIN |

**5. Where you live**

**189 Hlavek Rd.**

Number    Street

**Decatur, TX 76234**

City      State    ZIP Code

**Wise**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number    Street

_____

P.O. Box

_____

City      State    ZIP Code

**If Debtor 2 lives at a different address:**

_____

Number    Street

_____

City      State    ZIP Code

_____

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number    Street

_____

P.O. Box

_____

City      State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

**Part 2:**   Tell the Court About Your Bankruptcy Case

| | |
|---|---|
| 7. **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.<br><br>☐  Chapter 7<br>☐  Chapter 11<br>☐  Chapter 12<br>☑  Chapter 13 |

| | |
|---|---|
| 8. **How you will pay the fee** | ☑  **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.<br><br>☐  **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).<br><br>☐  **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | |
|---|---|
| 9. **Have you filed for bankruptcy within the last 8 years?** | ☑ No.<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                MM / DD / YYYY<br><br>         District _____  When _____  Case number _____<br>                                                MM / DD / YYYY<br><br>         District _____  When _____  Case number _____<br>                                                MM / DD / YYYY |

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No.<br>☐ Yes.  Debtor _____  Relationship to you _____<br>         District _____  When _____  Case number, if known _____<br>                                                MM / DD / YYYY<br><br>         Debtor _____  Relationship to you _____<br>         District _____  When _____  Case number, if known _____<br>                                                MM / DD / YYYY |

| | |
|---|---|
| 11. **Do you rent your residence?** | ☑ No.  Go to line 12.<br>☐ Yes.  Has your landlord obtained an eviction judgment against you?<br>         ☐ No. Go to line 12.<br>         ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition. |

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____   _____   _____
City                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

Where is the property? _____

Number      Street

_____

City             State    ZIP Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☐ No

     ☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49

☑ 50-99

☑ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5,001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,000-100,000

☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000

☐ $50,001-$100,000

☐ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000

☐ $50,001-$100,000

☐ $100,001-$500,000

☑ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**   __/s/ Elizabeth Long Nelson__

Elizabeth Long Nelson, Debtor 1

Executed on   __08/04/2025__

       MM/   DD/   YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Daniel Sylvan Wright** _____ Date **08/04/2025** _____

Signature of Attorney for Debtor           MM / DD / YYYY

**Daniel Sylvan Wright** _____

Printed name

**Machi & Associates, PC** _____

Firm name

**1521 N. Cooper Street Suite 550** _____

Number      Street

_____

**Arlington** _____ **TX**   **76011** _____

City                        State    ZIP Code

Contact phone **(817) 335-8880** _____    Email address **dwright@tedmachi.com** _____

**24037742** _____ **TX** _____

Bar number                        State

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

| | |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| **+      $15** | **trustee surcharge** |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---:|---:|---|
| | $1,167 | filing fee |
| + | **$571** | **administrative fee** |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

|   | | |
|---|---|---|
|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | | |
|---|---|---|
|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms /bankruptcy_form s.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa /ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts /Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Northern District of Texas

**In re**    Nelson, Elizabeth Long

Case No. _____

**Debtor**    Chapter _____ **13** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................... **$4,250.00**

Prior to the filing of this statement I have received ............................................................... **$1,000.00**

Balance Due ............................................................................................................................ **$3,250.00**

2.    The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/04/2025 | /s/ Daniel Sylvan Wright |
|---|---|
| Date | Daniel Sylvan Wright |
| | *Signature of Attorney* |

Bar Number: 24037742
Machi & Associates, PC
1521 N. Cooper Street Suite 550
Arlington, TX 76011
Phone: (817) 335-8880

**Machi & Associates, PC**
*Name of law firm*

Date: __08/04/2025__     **/s/ Elizabeth Long Nelson**

*Elizabeth Long Nelson*

IN RE: **Nelson, Elizabeth Long**                    CASE NO

                                                     CHAPTER **13**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **08/04/2025**    Signature      **/s/ Elizabeth Long Nelson**

                                        Elizabeth Long Nelson, Debtor

## A.R.M. Solutions, Inc.
P.O. Box 3666
Camarillo, CA 93011

## Accounts Receivable
7021 Grand National Drive Suite 109
Orlando, FL 32819

## AFNI Inc.
P.O. Box 4115 Dept. 896
Concord, CA 94524

## Alert 360
2448 East 81 Street Suite 4300
Tulsa, OK 74137

## Altus Receivables Management, Inc.
P.O. Box 186
Metairie, LA 70004

## American Express
P.O. Box 981537
El Paso, TX 79998

## AT&T Wireless
P.O. Box 6416
Carol Stream, IL 60197

## Bobcat of North Texas
1302 S. Stemmons Frwy
Lewisville, TX 75067

**Bonita Shores RV Park & Marina**
1800 FM Rd. 2951
Graford, TX 76449

**Capital One**
P.O. Box 31293
Salt Lake City, UT 84131

**Capital One/Cabela's**
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Capital One/Quicksilver**
P.O. Box 31293
Salt Lake City, UT 84131

**Casey Lesley**
c/o Kizzia & Johnson PLLC
1910 Pacific Ave. Suite 13000
Dallas, TX 75201

**Chase/Amazon**
P.O. Box 15298
Wilmington, DE 19850

**Chase/Amazon**
P.O. Box 15298
Wilmington, DE 19850-5298

**Coats Rose, P.C.**
9 Greenway Plaza Suite 1000
Houston, TX 77046

Colton Denman
189 Hlavek Rd.
Decatur, TX 76234

Comenity Bank/Buckle
3095 Loyalty Circle Building A
Columbus, OH 43219

Complete Payment Recovery
Services, Inc.
P.O. Box 30184
Tampa, FL 33630

Comptroller of Public
Accounts
P.O. Box 149359
Austin, TX 78714-9359

Comptroller of Public
Accounts
P.O. Box 13528
Austin, TX 78711

Condon Skelly Insurance
P.O. Box 1360
Cherry Hill, NJ 08034

County Court At Law No. 2
1450 E. McKinney St. 2nd Floor
Denton, TX 76209

Credit Collection Services
P.O. Box 607
Norwood, MA 02062

## Decatur ISD

Linebarger Goggan Blair & Sampson, LLP
100 Throckmorton Suite 1700
Fort Worth, TX 76102

## Delta Dental Insurance Company

P.O. Box 1870
Alpharetta, GA 30023

## Denton County Clerk

c/o Juli Luke
1450 E. McKinney St.
Denton, TX 76209

## Department of Treasury

IRS
P.O. Box 267 Stop 812
Covington, KY 41019

## EMBCC Patient Services

P.O. Box 981028
Boston, MA 02298

## Envision Physician Services

P.O. Box 99086
Las Vegas, NV 89193-9082

## Ferguson Receivables

11232 Indian Trail
Dallas, TX 75229

## First Financial Bank

P.O. Box 2559
Abilene, TX 79604

**First Financial Bank**
P.O. Box 11009
Huntsville, TX 77340

**First Financial Bank**
P.O. Box 701
Abilene, TX 79604

**FirstPoint Collection Resources, Inc.**
P.O. Box 26140
Greensboro, NC 27402

**FMS Inc.**
P.O. Box 707600
Tulsa, OK 74170

**Fort Worth Enforcement Office**
c/o Wendy Hernandez
P.O. Box 161878
Fort Worth, TX 76161

**Frost-Arnett Company**
P.O. Box 198988
Nashville, TN 37219-8988

**GB Collects, LLC**
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043-4847

**Gerry Orth**
2501 Parkview Dr. Suite 620
Fort Worth, TX 76102

**Godwin Legal PLLC**
c/o Kaleb A. Godwin
631 Misty Glen Ln.
Dallas, TX 75232

**Heritage Pest & Termite Control**
514 Saddle Ridge Trail
Weatherford, TX 76087

**Imperial PFS**
30 Montgomery Street Suite 501
Jersey City, NJ 07302

**Internal Revenue Service**
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101

**Intuit Inc.**
2800 E. Commerce Center Place
Tucson, AZ 85706

**IPFS Corporation**
P.O. Box 412086
Kansas City, MO 64141

**Jameson & Dunagan, P.C.**
c/o Christopher Jameson, Jr.
5429 LBJ Freeway Suite 300
Dallas, TX 75240

**Jameson & Dunagan, P.C.**
c/o Brendon Palmer
5429 LBJ Freeway Suite 300
Dallas, TX 75240

**Jessica Hall Janicek**
550 Reserve Street Suite 450
Southlake, TX 76092

**JPMCB Card Services**
P.O. Box 15369
Wilmington, DE 19850

**Kizzia Johnson PLLC**
c/o D. Bradley Kizzia
1910 Pacific Ave Suite 13000
Dallas, TX 75201

**KoonsFuller, P.C.**
c/o Jessica Janicek
550 Reserve Street Suite 450
Southlake, TX 76092

**LanCarte Commercial**
2627 Tillar Street Suite 121
Fort Worth, TX 76107

**Law Office of Mark C. Lane**
4000 West Vickery Blvd. Suite B
Fort Worth, TX 76107

**Law Office of Theresa Y. Copeland**
c/o Theresa Copeland
400 S. Trinity Street
Decatur, TX 76234

**Legend Bank**
P.O. Box 1081
Bowie, TX 76230

## Legend Bank

101 W. Tarrant Street
Bowie, TX 76230

## Legend Bank

c/o Brandon Hill
P.O. Box 1081
Bowie, TX 76230

## Little Elm Medical Center

c/o John G Flores MD
730 E. Eldorado Pkwy
Little Elm, TX 75068

## Loucrecia Biggerstaff

District Clerk - Wise County
P.O. Box 308
Decatur, TX 76234

## Machi & Associates

1521 N. Cooper St. Suite 550
Arlington, TX 76011

## Machi & Associates, PC

1521 N. Cooper Street Suite 550
Arlington, TX 76011

## McMahon Surovik Suttle, P.C.

c/o Jessica L. Haile
P.O. Box 3679
Abilene, TX 79604

## McMahon Surovik Suttle, P.C.

400 Pine Street Suite 800
Abilene, TX 79601

**Medical City Decatur**
P.O. Box 292105
Nashville, TN 37229

**Medical City Decatur**
P.O. Box 290489
Nashville, TN 37229

**Medical City Denton**
P.O. Box 290489
Nashville, TN 37229

**Medical City Denton**
3535 S Interstate 35 E
Denton, TX 76210

**Medical City Healthcare**
13155 Noel Road Suite 2000
Dallas, TX 75240

**Medical City Weatherford**
P.O. Box 99400
Louisville, KY 40269

**Medicredit**
P.O. Box 7411711
Chicago, IL 60674

**Medicredit, Inc.**
P.O. Box 505600
St. Louis, MO 63150-5600

Midland Credit Management,
Inc.
350 Camino De La Reina Suite 100
San Diego, CA 92108


Midland Credit Management,
Inc.
P.O. Box 301030
Los Angeles, CA 90030


Mohamed Summakia, MD
2516 Lillian Miller Pkwy #110 Suite 404
Denton, TX 76210


Moore Supply Co.
P.O. Box 951949
Dallas, TX 75395


MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003


National Wholesale Supply
1972 California Crossing
Dallas, TX 75220


William T. Neary
Office of The United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242


Shawn Vincent Nelson
P.O. Box 1149
Springtown, TX 76082

**Nixon Jach Hubbard**
Crescent International Plaza III
14241 Dallas Parkway Suite 575
Dallas, TX 75254

**Nixon Jack Hubbard, PLLC**
Anthony R. Alvarado
14241 Dallas Parkway Suite 757
75245

**North Star Diagnostic Imaging**
P.O. Box 2427
Indianapolis, IN 46206

**NP Plumbing LLC**
13861 Raceway Dr. #922
Roanoke, TX 76262

**NTTA**
P.O. Box 660244
Dallas, TX 75266

**Office of the Attorney General**
P.O. Box 12548
Austin, TX 78711

**Orth & Orth, LLP**
c/o Gary Orth
2501 Parkview Drive #620
Fort Worth, TX 76102

**Owens & Owens**
c/o Kerry Owens
720 W. Abram Street
Arlington, TX 76013

Peak PT - Denison
3515 W FM 120 Suite 103
Denison, TX 75020


PLS Check Cashers of Texas,
Inc.
814 Commerce Dr. Suite 350
Oak Brook, IL 60523


PLS Financial Services
800 Jorie Blvd.
Oak Brook, IL 60523


Premier Anesthesia of
Huntsville
P.O. Box 402425
Atlanta, GA 30384


Professional Account
Management
P.O. Box 863867
Plano, TX 75086


Professional Account
Management, LLC
P.O. Box 863867
Plano, TX 75086


Questcare Hospitalists, PLLC
P.O. Box 99086
Las Vegas, NV 89193


Questcare Medical Services,
PLLC
c/o Envision Physician Services
P.O. Box 99082
Las Vegas, NV 89193

## Radius Global Solutions LLC

P.O. Box 390915
Minneapolis, MN 55439

## Renubath

850 Blue Mound Rd. W #107
Haslet, TX 76052

## Rusell Doubrava, DO

2451 S. FM 51 Suite 100
Decatur, TX 76234

## Scott & Associates, P.C.

c/o Tarlicia Armstead
P.O. Box 115220
Carrollton, TX 75011

## Self Storage

457 FM 2264
Decatur, TX 76234

## Sherrill & Gibson

c/o Matt Anderson
3711 Maplewood Ave. Suite 200
Wichita Falls, TX 76308

## SNL Plumbing and Excavating LLC

P.O. Box 793
Decatur, TX 76234

## SNL Plumbing and Excavating, LLC

P.O. Box 793
Decatur, TX 76234

**SST/Medallion Bank**
P.O. Box 3999
Saint Joseph, MO 64503

**Synchrony Bank/Lowes**
P.O. Box 71727
Philadelphia, PA 19176

**Synerprise Consulting Services, Inc.**
P.O. Box 957
Mission, KS 66201

**Texas Back Institute**
P.O. Box 743061
Atlanta, GA 30374

**Texas Radiology Associates**
P.O. Box 3368
Indianapolis, IN 46206

**Texas Workforce Commission**
Tax Department
2505 Lakeview Dr. Suite 300
Amarillo, TX 79109

**Texas Workforce Commission**
Tax Department
500 Chestnut St. Suite 1425
Abilene, TX 79602

**Transworld Systems Inc.**
500 Virginia Dr. Suite 514
Fort Washington, PA 19034

## United States Attorney
Office of the U.S. Atty
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

## Valor Intelligent Processing LLC
c/o NTTA
P.O. Box 207899
Dallas, TX 75320-7899

## Valor Intelligent Processing, LLC
c/o NTTA
P.O. Box 207899
Dallas, TX 75320

## Veronica Hernandez
400 Pine Street 1st Floor
Abilene, TX 79601

## VSP
P.O. Box 2568
Frisco, TX 75034

## Walters Balido & Crain
Meadow Park Tower
10440 North Central Expressway Suite 1500
Dallas, TX 75231

## Wells Fargo Vendor
Financial Services, LLC
5000 Riverside Drive Suite 300 East
Irving, TX 75039

## Wells Fargo Vendor Financial Services
P.O. Box 105743
Atlanta, GA 30348

Wieser Law PLLC
3732 Hulen Street Suite 100
Fort Worth, TX 76107


Kelsey Lynn Wilson
189 Hlavek Rd.
Decatur, TX 76234


Wise County Appraisal District
400 E Business 380
Decatur, TX 76234


Wise County EMS
P.O. Box 309
Lewisville, NC 27023


Wise County Tax
Assessor/Collector
c/o Monte Shaw
404 W. Walnut
Decatur, TX 76234

Wise County Winsupply
Plumbing
300 North Stratton St.
Decatur, TX 76234


Wise Emergency Medicine
P.O. Box 981028
Boston, MA 02298


Wise Emergency Medicine
ASSC PA
P.O. Box 650763
Dallas, TX 75265